**UNITED STATES of America,** ·
**Plaintiff–Appellee,**

v.

**Lucio RAMIREZ–MATA, a.k.a. Lucio Mata Ramirez, Defendant–Appellant.**

**No. 13–10239.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2014.\*

Filed April 11, 2014.

Mark S. Kokanovich, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Lucio Ramirez–Mata, Lucio Mata Ramirez, pro se.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

MEMORANDUM \*\*

Lucio Ramirez–Mata appeals from the district court's judgment and challenges his guilty-plea conviction and 24–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez–Mata's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez–Mata the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.